# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 12-11238

————————

United States Court of Appeals
Fifth Circuit

**FILED**

January 2, 2014

Lyle W. Cayce
Clerk

In the Matter of:
NINA WHITE-ROBINSON,

Debtor.

----------------------------------------------

NINA WHITE-ROBINSON; MPATANISHI TAYARI GARRETT,

Appellants,

versus

COVENTRY II DDR/TRADEMARK MONTGOMERY FARM, L.P.,

Appellee.

————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:12-CV-259

————————————————

No. 12-11238

Before STEWART, Chief Judge, JOLLY and SMITH, Circuit Judges.

PER CURIAM:[*]

In this bankruptcy matter, the debtor and her attorney challenge the district court's affirmance of three actions of the bankruptcy court: (1) the denial of the debtor's motion for contempt that had alleged the creditor's violation of the automatic stay; (2) the quashing of the debtor's subpoena and ordering debtor's attorney to pay the creditor $5,000 in sanctions; and (3) an order directing debtor's lawyer to pay the creditor $20,000 in sanctions. The district court explained its affirmance in a thorough and well-reasoned order dated November 13, 2012.

We have reviewed the briefs and applicable law and have examined pertinent portions of the record. Out of an abundance of caution, we also entertained oral argument. There is no abuse of discretion or other reversible error. The judgment of the district court, affirming the various actions of the bankruptcy court, is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.